## STATE of Missouri, Respondent,

v.

## Melvin GLASS, Appellant.

No. 72331.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 20, 1998.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Melvin Glass, appeals the judgment entered by the Circuit Court of St. Louis County after a jury found him guilty of robbery in the second degree, RSMo section 569.030 (1994), and assault in the first degree, RSMo section 565.050 (1994), and the court sentenced him, as a prior and persistent offender, to two concurrent terms of imprisonment.

We have reviewed the briefs of the parties, the legal file and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

## HARTFORD CASUALTY INSURANCE COMPANY, Plaintiff/Respondent,

v.

## Matthew CARR, et al., Defendants/Appellants.

No. 72409.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 20, 1998.

Kathy M. Wilke, Dean R. Gallego, Wilke & Wilke, Clayton, for Defendants/Appellants.

Karen M. Speiser, Scott C. Harper, Clayton, for Plaintiff/Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Matthew Carr, David Carr, individually and as guardian ad litem for Matthew Carr, Marcia Carr, Jason Hart, and Patricia Hart appeal the granting of summary judgment in favor of Hartford Casualty Insurance Company (Hartford) in an action brought by Hartford for declaratory judgment. We affirm.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.